UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRENDAN MICHAEL TYGART,**

    **Plaintiff,**

v.                                                        **Case No:  6:16-cv-1253-Orl-41GJK**

**ORANGE COUNTY SHERIFF'S OFFICE, JERRY L. DEMINGS, SHELLY POMERLEAU and JOHN DOE,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 4) issued by United States Magistrate Judge Gregory J. Kelly. After an independent *de novo* review, and noting that no objections were timely filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party